IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**JESSE RUSSELL SIMPSON,**

    **Petitioner,**

v.                                            Civ. Action No. 1:19-CV-68
                                                    (Kleeh)

**C. GOMEZ, Warden,**

    **Respondent.**

## AMENDED MEMORANDUM OPINION AND ORDER

On March 19, 2020, the Court entered a *Memorandum Opinion and Order Adopting in Part and Rejecting in Part Preliminary Report and Recommendation [ECF No. 27]*, docketed at ECF No. 34, in which the Court denied <u>without</u> prejudice Petitioner's claims in Grounds Four and Five relating to wrongful disciplinary actions and good credit time. The Court hereby **AMENDS** that order and **DENIES WITH PREJUDICE** those claims, thereby **ADOPTING** rather than rejecting the R&R on this issue.

The Court finds that Petitioner's challenges are properly raised in a § 2241 petition and are not <u>Bivens</u> claims. See <u>Bates v. Saad</u>, No. 5:16CV161, 2018 WL 1287416, at *5 (N.D.W. Va. Mar. 13, 2018) (finding that "disciplinary action decisions resulting in loss of good conduct time are not cognizable in a <u>Bivens</u> action"). Because Petitioner did not lose any good credit time,

though, "there is no challenge to the fact or length of his confinement." See Martinez v. Warden, No. 2:16cv31, 2017 WL 988661, at *7 (N.D.W. Va. Feb. 16, 2017), report and recommendation adopted, 2017 WL 988660 (N.D.W. Va. Mar. 14, 2017). The remainder of the Court's findings in the *Memorandum Opinion and Order Adopting in Part and Rejecting in Part Preliminary Report and Recommendation* remain unchanged by this Amended Memorandum Opinion and Order.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Amended Memorandum Opinion and Order to counsel of record and the pro se Petitioner, via certified mail, return receipt requested.

DATED: March 24, 2020

/s/ Thomas S. Kleeh
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE